United States District Court
Southern District of Texas
FILED

JUN 0 7 2002

Michael N. Milby
Clerk of Court

JOHN WHITE § IN THE UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF TEXAS

VS.

STATE OF TEXAS §

**MISCELLANEOUS B-02-013**

## HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT COMES NOW, JOHN WHITE PETITIONER AND FILED THROUGH HIMSELF HABEAS CORPUS IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO TEXAS CONSTITUTION ARTICLE 1 SEC. 12 AND IN SUPPORT OF THIS HABEAS CORPUS WOULD SHOW AS FOLLOWS:

### I.

PETITIONER WAS ARRESTED ON THE 11th DAY OF MARCH in 2002 AND HAS BEEN IN CUSTODY, THE CONSTITUTIONAL GUARANTY AND THE STATUTES ENACTED TO IMPLEMENT IT IS TO PROTECT THE ACCUSED AND UNDUE LENGTH OF TIME OR PREVENT UNREASONABLE DELAY.

(Cont'd)

## II.

Petitioner has been in custody for more than 80 days following the date specified in the rule and his trial has not yet commenced upon this habeas corpus petitioner is requesting to be released on my promise to appear un it R Crim P Rule 722(b)

## III

Under a statue providing that every person in custody in the state for an alleged offense must be tried within a specified number of days from the date he was taken into custody, unless the delay is occasioned by the petitioner. Petitioner who is held in custody for more than statutory period is entitled to be discharged (People vs. Markwood 108 Ill App 2d 468, 287 NE 2d 914)

### Certificate of Service

I JOHN WHITE do hereby certify that a true and correct copy of the foregoing habeas corpus has been forwarded to the United States District Court for the Southern District of Texas on the 4th day of June, 2002.

※ _____[signature]_____
PETITIONER PRO-SE