3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOHN WHITE                         *

VS                                 *   MISC. NO. B-02-013
                                   *
STATE OF TEXAS                     *

# ORDER

Pursuant to 28 U.S.C. § 2242, Petitioner John White 's Application for Writ of Habeas Corpus is hereby STRUCK because it did not comply with the filing requirements. Section 2242 requires the pleadings to be verified and allege facts concerning the applicant's commitment or detention, the name of the person who has custody over him and by virtue of what claim or authority, if known. The application before the Court is void of all required pleadings of fact.

For the reasons stated above, the Writ of Habeas Corpus is STRUCK and the Clerk is ordered to close this file.

Done this 21 day of June 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge